UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> Motion GRANTED for a 2-week extension.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:11-00082-8 |
| | ) | JUDGE TRAUGER |
| JAMES THOMAS COFFEY | ) | |

MOTION FOR ADDITIONAL TIME WITHIN WHICH TO FILE SUPPLEMENTAL PLEADING TO CORRECT OR REDUCE SENTENCE PURSUANT TO 18 U.S.C. Sec. 3582(c)(2)

James Thomas Coffey, through counsel and with the concurrence of the government, moves the court for two weeks within which to file any supplemental pleading in support of his request for a reduced sentence. Counsel would show that he is in continuing discussions with the government with respect to the appropriateness of any reduction in accordance with the Court's order. Harold B. McDonough, Jr. has now been assigned this case on behalf of the government and would need to review several plea related documents in an effort to determine whether any agreement on a sentence reduction can be reached. In light of this need for further review and negotiations, the additional time is required. If an agreement cannot be reached, undersigned counsel would be prepared to file a motion for a sentence reduction on behalf of Mr. Coffey.

WHEREFORE, for these reasons, the parties request an additional period of two weeks within which to file any supplemental pleadings in support of Mr. Coffey's motion to reduce his sentence.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR# 023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for James Thomas Coffey