# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE

United States of America
v.

JAMES THOMAS COFFEY, JR.

Case No: 3:11-00082-8

USM No: 20692-075

Date of Original Judgment: 2/11/2013
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Ronald C. Small
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108  months **is reduced to**  78 months.  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  2/11/2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/18/2015

*Judge's signature*

Effective Date:  11/1/2015
*(if different from order date)*

ALETA A. TRAUGER, U.S. DISTRICT JUDGE
*Printed name and title*